

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00246-CR

Fabian Andres **ARANDA RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR8360
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 13, 2025.

_____
Lori Massey Brissette, Justice